# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2533 Disciplinary Docket No. 3 |
| | : |
| SANDY N. WEBB | : File No. C3-18-569 |
| | : |
| | : (Supreme Court of Oregon, OSB No. |
| | : 086527) |
| | : |
| | : Attorney Registration No. 88127 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2018, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Sandy N. Webb is disbarred from the practice of law in the Commonwealth of Pennsylvania. She shall comply with all the provisions of Pa.R.D.E. 217.